### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### David E. SLOANE, Respondent.

### No. 142 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

July 31, 1996.

#### *ORDER*

PER CURIAM:

AND NOW, this 31st day of July, 1996, there having been filed with this Court by David E. Sloane his verified Statement of Resignation dated May 29, 1996, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of David E. Sloane be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa. R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### Mary Pope PORTIS, Respondent.

### No. 248 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Aug. 13, 1996.

#### *ORDER*

PER CURIAM:

AND NOW, this 13th day of August, 1996, there having been filed with this Court by Mary Pope Portis her verified Statement of Resignation dated June 25, 1996, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Mary Pope Portis be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.